## Joseph F. Winkler v. American Musicians Union of North America.

### Gen. No. 13,623.

This case is controlled by the decision in Chicago Federation of Musicians v. American Federation of Musicians, *ante*, p. 65.

Contempt proceeding. Appeal from the Circuit Court of Cook county; the Hon. THOMAS G. WINDES, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1907. Affirmed. Opinion filed February 14, 1908.

WHITFIELD & WHITFIELD, for appellant.

A. C. ALLEN, for appellees.

MR. JUSTICE FREEMAN: The decree in this case is affirmed for reasons stated in the opinion of this court filed

in Chicago Federation of Musicians v. American Federation of Musicians, *ante,* p. 65.

*Affirmed.*